# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHELE KOCH and KENDAL KOCH, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JOAN ROGERS, *et al.* )<br>)<br>Defendants. ) | Case No: 4:22-cv-00480-HFS |

## CERTIFICATE OF SERVICE

Plaintiffs, Michele Koch and Kendal Koch, Pro Se, hereby certify that on this 31st day of March 2023, pursuant to FRCP 34, they served Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production of Documents via U.S. Postal Service upon:

Emily A. Dodge, Mo Bar #53914

Assistant Attorney General
Emily.Dodge@ago.mo.gov

ATTORNEY FOR DEFENDANTS

At: attn: Heather Smith at 615 East 13th Street, Suite 401, KC, MO 64106.

/s/ *Michele Koch*
-------------------------------------------------
Michele Koch
kochmichele@live.com

/s/ *Kendal Koch*
-------------------------------------------------
Kkoch@bssd.net
Kendal Koch
704 Old Stage Rd

Pleasant Hill, MO 64080  
816-547-8912  
PRO SE PLAINTIFFS