# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHELE KOCH and KENDAL KOCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 4:22-cv-00480-HFS |
| | ) | |
| JOAN ROGERS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Plaintiffs, Michele Koch and Kendal Koch, Pro Se, hereby certify that on this 12th day of April 2023, pursuant to FRCP 34, they served Plaintiffs' First Set of Requests for Production of Documents via email upon:

Emily A. Dodge, Mo Bar #53914

Assistant Attorney General
Emily.Dodge@ago.mo.gov

ATTORNEY FOR DEFENDANTS

/s/ *Michele Koch*

-------------------------------------------------

Michele Koch
kochmichele@live.com

/s/ *Kendal Koch*

-------------------------------------------------

Kkoch@bssd.net
Kendal Koch
704 Old Stage Rd
Pleasant Hill, MO 64080
816-547-8912
PRO SE PLAINTIFFS