# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2285

_____

Kendal Koch; Michele Koch

Plaintiffs - Appellants

v.

Joan Rogers; Christopher Kimsey; Susan Rusk; Shannon Torres; Natalie Marino; Lynn
Roseburrough

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:22-cv-00480-HFS)

_____

**JUDGMENT**

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered

by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit

Rule 47A(a).

June 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans